

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                *        CASE # 05-35143 S
                               CHAPTER 13
                      *

Frederick, Phillip & Denise

Debtor                *

## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. The Trustee voided <u>returned</u> disbursement checks from the USPS due to incomplete address since July 2007. Unable to locate creditor – no phone listing.

2. The balance of funds for the creditor in the amount of **$235.59** are sufficient to pay the claim on the percentages the creditor would have received under the plan if the creditor had kept a current address on file with the clerk's office. This case is scheduled to close as "completed".

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 484388 | Northwest Ohio Emergency c/o Delta Audit Corp 4222 Airport Hwy., #4, POB 352168 Toledo, OH 43635-2168 | 112.18 | 8/29//08 |
| 476211 | Same as Above | 83.67 | 7/31/08 |
| 467744 | Same as Above | 21.80 | 6/30/08 |
| -- | Balance of claim | 17.94 | --- |

3. Your trustee's check # 704949 in the amount of $235.59 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 9/24/10

John P. Gustafson
Trustee in Bankruptcy